No. 00–1739. JANIK ET AL. *v.* AMICA MUTUAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1740. BROWN *v.* KINNEY SHOE CORP., DBA FOOT LOCKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1741. COMMUNITIES FOR A GREAT NORTHWEST ET AL. *v.* VAUGHEY, MONTANA COMMISSIONER OF POLITICAL PRACTICES, ET AL.;
No. 00–1754. I–125 PROPONENTS' COMMITTEE *v.* MONTANA CHAMBER OF COMMERCE ET AL.; and
No. 00–1772. VAUGHEY, MONTANA COMMISSIONER OF POLITICAL PRACTICES *v.* MONTANA CHAMBER OF COMMERCE ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 226 F. 3d 1049.

No. 00–1743. BROWN *v.* LYFORD ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1745. COOPER ET AL. *v.* POWELL. Sup. Ct. Wis. Certiorari denied.

No. 00–1746. THURMOND ET AL. *v.* DELLA-CALCE. C. A. 11th Cir. Certiorari denied.

No. 00–1748. WHITE *v.* FRIEDLAND ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1749. NATURAL PARENTS OF J. B. *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES. Sup. Ct. Fla. Certiorari denied.

No. 00–1750. MARTINEZ, AS NEXT FRIEND FOR MARTINEZ, A MINOR, ET AL. *v.* CRYSTAL CITY INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1753. FLEECE *v.* RHINES ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1755. FREEMAN ET AL. *v.* CITY OF DALLAS. C. A. 5th Cir. Certiorari denied.